### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:05CR349 |
| vs. ) | |
| ) | ORDER |
| ANTONIO MARTIN, ) | |
| ) | |
| Defendant. ) | |

Defendant Antonio Martin appeared before the court on Thursday, June 18, 2009 on a Petition for Warrant or Summons for Offender Under Supervision [41]. The defendant was represented by Assistant Federal Public Defender Shannon P O'Connor and the and the United States was represented by Assistant U.S. Attorney Maria R. Moran. Through his counsel, the defendant waived his right to a probable cause hearing on the Report pursuant to Fed. R. Crim. P. 32.1(a)(1). The government moved for detention. However, the defendant is in state custody and not eligible for release.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **September 14, 2009 at 1:30 p.m.** Defendant must be present in person.

2. The government's motion for detention of Antonio Martin is held in abeyance pending the defendant's coming into federal custody.

3. The U.S. Marshal is authorized to return the defendant to the custody of Nebraska state authorities pending the final disposition of this matter and the U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

DATED this 18th day of June, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge