# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| ) | 8:05CR349 |
| vs. ) | |
| ) | ORDER |
| ANTONIO MARTIN, ) | |
| Defendant. ) | |

Defendant Antonio Martin appeared before the court on Monday, November 23, 2009 for a Detention Hearing RE: Petition for Warrant or Summons for Offender Under Supervision [41]. The defendant was represented by Assistant Federal Public Defender Shannon P. O'Connor and the United States was represented by Assistant U.S. Attorney Maria R. Moran. The government withdrew their request for detention.

**IT IS ORDERED**:

1. A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **November 30, 2009 at 4:00 p.m.** Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

DATED this 23rd day of November, 2009.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge